## In the Interest of J.L.C., N.R.C., J.S.C., and R.D.C.

### No. ED 99680.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 17, 2013.

David A. Shaller, Saint Louis, MO, for Appellant.

Alli Wolff, Clayton, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

### *ORDER*

PER CURIAM.

V.M.C. ("Mother") appeals the judgment terminating her parental rights to J.L.C., N.R.C., J.S.C, and R.D.C. We find that the trial court did not abuse its discretion in denying Mother's motion for a continuance.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).